IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 5:12cr3-MW/CJK-2

CHARLES A. ARMSTRONG,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S RULE 52(b) MOTION

This Court has considered, without hearing, Defendant's Motion to Request That This Court Reverse This [His] "Void" Federal Judgment / Conviction for Plain Error, Pursuant to Fed. R. Crim. P., Rule 52(b), ECF No. 348.

Defendant pled guilty to conspiracy, illegal drug possession, and illegal firearm possession on October 2, 2012, ECF No. 165, and was sentenced on January 11, 2013, ECF No. 205. Defendant appealed his conviction and sentence, and the Eleventh Circuit denied his appeal on January 8, 2014. ECF No. 269. Thereafter, on June 9, 2014, Defendant filed a motion to vacate his sentence under 28 U.S.C. § 2255. ECF Nos. 287, 289. The motion to vacate is still under consideration by the Court.

Defendant has now filed a separate motion requesting that the district court vacate his sentence pursuant to Fed. R. Crim. P. 52(b). However, Rule 52(b) is a not a proper vehicle to request vacatur. Rather, "Federal Rule of Criminal

1

Procedure 52(b), which governs on appeal from criminal proceedings, provides a court of appeals a limited power to correct errors that were forfeited because not timely raised in district court." *United States v. Olano*, 507 U.S. 725 (1993). A "district court ha[s] no jurisdiction under Rule 52(b) to modify [a Defendant's] sentence." *United States v. Frazier*, 517 F. App'x 758, 759 n. 1 (11th Cir. 2013). The only proper vehicle to request that a court vacate a judgment after a direct appeal is a motion pursuant to 28 U.S.C. § 2255, and Defendant has already filed such a motion. ECF No. 289.

Additionally, to the extent that the motion can be liberally construed as a motion to amend his § 2255 petition, that request is denied because the amendment issue has already been addressed. ECF Nos. 324, 326, 331.

For the reasons stated,

**IT IS ORDERED:**

Defendant's Motion, ECF No. 348, is **DENIED.**

**SO ORDERED on August 13, 2015.**

s/Mark E. Walker
**United States District Judge**

2