IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                                      Case No. 5:12cr3-MW/CJK-2

CHARLES A. ARMSTRONG,

    Defendant.
_____/

## ORDER OVERRULING DEFENDANT'S OBJECTIONS

This Court has considered, without hearing, Defendant's Notice of Appeal, ECF No. 357, which is construed as an objection to the Magistrate Judge's orders denying leave to amend Defendant's § 2255 Petition. *See* ECF No. 296; 298; 324.

This Court has now *three times* overruled Defendant's objections to the Magistrate Judge's orders. *See* ECF No. 326; 331; 349. For the reasons stated in those orders, Defendant's objections are, for the fourth time, overruled. Congress has explicitly given district judges the authority to refer cases such as this one to magistrate judges. 28 U.S.C. § 636. Magistrate judges have broad discretion to issue non-dispositive orders, such as the order denying Defendant's motion for leave to amend his complaint. *Id.* A party may, as Defendant has done, request that a district judge reverse a non-dispositive order by a magistrate judge. Fed. R. Civ. P. 72(a).

1

After considering the objections, this Court again concludes that the magistrate judge's orders are not clearly erroneous or contrary to law. That is, this Court overrules Defendant's objections challenging the denial of his request to amend. Accordingly,

**IT IS ORDERED:**

Defendant's objections to the magistrate judge's orders, are again **OVERRULED** and the orders are again **AFFIRMED**. This Court will not again revisit the issue. Once this Court addresses Defendant's § 2255 petition then Defendant may appeal that order, including this Court's decision not to permit further amendment, to the Eleventh Circuit.

**SO ORDERED on September 3, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**