IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:12cr3-MW/CJK-2

CHARLES A. ARMSTRONG,

    Defendant.
_____/

# ORDER ACCEPTING
# REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 442, and has also reviewed *de novo* Defendant's objections to the report and recommendation, ECF No. 445. Accordingly

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Defendant's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to vacate, set aside, or correct sentence, ECF No. 289, is **DENIED**. A certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on August 3, 2017.

                                              **s/ MARK E. WALKER**
                                              **United States District Judge**