IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:12cr3-MW/MET-2

CHARLES A. ARMSTRONG,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 459, and has also reviewed *de novo* Defendant's objections to the report and recommendation, ECF No. 462. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Defendant's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The motion to vacate, set aside, or correct sentence, ECF No. 458, is **DISMISSED without prejudice**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on July 3, 2018.**

                                            **s/ MARK E. WALKER**
                                            **United States District Judge**